IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT LEE MILHOUSE,**

    **Plaintiff,**

vs.                                         Case No.: 3:11cv115/MCR/EMT

**ROGERS MILHOUSE,**

    **Defendant.**

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 21, 2011 (Doc. 10).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's notice of voluntary dismissal (Doc. 9) is **GRANTED** and this case is **DISMISSED**.

    **DONE AND ORDERED** this 26th day of May, 2011.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**